# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| APPOINTMENT TO THE | : | NO. 394 |
| | : | |
| MINOR COURT RULES COMMITTEE | : | MAGISTERIAL RULES DOCKET |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of February, 2016, Daniel G. Vitek, Esquire, Allegheny County, is hereby appointed as a member of the Minor Court Rules Committee for a term of three years.

    Justice Eakin did not participate in the consideration or decision of this matter.